**RINOS & MARTIN, LLP**
LINDA B. MARTIN, ESQ. (SBN 105445)
17822 17th Street, Suite 401
Tustin, California 92780
Telephone: (714) 734-0400
Facsimile: (714) 734-0480
E-Mail: firm@rmlaw.org

JS-6

**FILED: JUN 4, 2014**

Attorneys for Defendants, CITY OF FONTANA, OFFICER PETER RYN (erroneously sued and served as OFFICER PETER RYAN) and OFFICER DARREN ROBBINS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES JURISDICTION

| | |
|---|---|
| OLGA DURAN, R.Z., <br><br>  Plaintiffs, <br><br> vs. <br><br> CITY OF FONTANA, OFFICER PETER RYAN, OFFICER DARREN ROBBINS, and DOES 1-10, inclusive, <br><br>  Defendants. <br> _____ | CASE NO: EDCV 13-599 GHK (DTBx) <br><br> ASSIGNED TO: <br> Honorable District Judge George H. King <br> Honorable Magistrate Judge David T. Bristow <br> Complaint Filed: April 2, 2013 <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE COMPLAINT BY PLAINTIFFS OLGA DURAN AND R.Z. WITH PREJUDICE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that by and between the parties pursuant to FED.R.CIV.PROC. Rule 41(a)(1)(ii) that plaintiffs OLGA DURAN and R.Z. dismiss, their entire Complaint, against all defendants CITY OF FONTANA,

1

---
[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE COMPLAINT BY PLAINTIFFS OLGA DURAN AND R.Z. WITH PREJUDICE

OFFICER PETER RYN (erroneously sued and served as OFFICER PETER RYAN) and OFFICER DARREN ROBBINS - with prejudice.

IT IS ORDERED that plaintiffs, OLGA DURAN and R.Z., and their counsel of record, Cameron Sehat, Esq., agree to bear their own costs, including attorney's fees and expenses pursuant to 42 U.S.C. §1988, and defendants, CITY OF FONTANA, OFFICER PETER RYN (erroneously sued and served as OFFICER PETER RYAN) and OFFICER DARREN ROBBINS, and their counsel, Rinos & Martin, LLP, agree to bear their own costs and fees.

IT IS FURTHER ORDERED that plaintiffs OLGA DURAN and R.Z. agree to waive and forego any rights to an appeal with respect to any issues, rulings, or orders in this case.

DATED: ___6/4___, 2014

BY:_____
Honorable Judge George H. King
United States District Court

2

[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE COMPLAINT BY PLAINTIFFS OLGA DURAN AND R.Z. WITH PREJUDICE